FILED

09/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0234

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0234

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

JAMESON THOMAS WOODS,

     Defendant and Appellant.

O R D E R

_____

Upon consideration of Appellant's motion for extension of time to file his reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 28, 2022, within which to prepare, file, and serve his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 30 2022